OPINION — AG — ** OKLAHOMA BINDWEED LAW ** 2 O.S. 1971 [2-1971], 3-235 APPLIES TO BOTH REAL AND PERSONAL PROPERTY. AN EASEMENT HOLDER IS RESPONSIBLE FOR BINDWEED CONTROL UNDER THE PROVISIONS OF 2 O.S. 1971 [2-1971], 3-231 . THE COMMISSIONERS OF THE LAND OFFICE ARE RESPONSIBLE FOR BINDWEED CONTROL ON STATE OWNED SCHOOL LANDS UNDER THE PROVISIONS OF 2 O.S. 1971 [2-1971], 3-236 . UNDER 2 O.S. 1971 [2-1971], 3-236 A COMPANY, SUCH AS A PUBLIC UTILITY, MAY PURCHASE BINDWEED CONTROL CHEMICALS AT ONE HALF PRICE FROM THE BOARD OF COUNTY COMMISSIONERS. THE SPECIAL FUND CREATED TO CONTROL BINDWEED MAY BE CARRIED OVER FROM ONE ACCOUNTING PERIOD TO THE NEXT IF THE CONTROL OF BINDWEED HAS NOT BEEN WHOLLY ACCOMPLISHED. CITE: 2 O.S. 1971 [2-1971], 3-221 THRU 2 O.S. 1971 [2-1971] [2-1971], 3-241, ARTICLE X, SECTION 8, 2 O.S. 1971 [2-1971] [2-1971], 3-235, 2 O.S. 1971 [2-1971] [2-1971], 3-231, 64 O.S. 1971 1 [64-1] 2 O.S. 1971 [2-1971], 3-236, 19 O.S. 1971 387 [19-387] [19-387], 19 O.S. 1971 235 [19-235] 18 O.S. 1971 1.20 [18-1.20], 2 O.S. 1971 [2-1971] [2-1971], 3-320 (MICHAEL CAUTHRON)